**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIEL ANDERSON,

    Plaintiff,

v.	Case No: 6:17-cv-657-Orl-40DCI

LYKES CARTAGE COMPANY LLC,

    Defendant.
_____/

## ORDER

This cause is before the Court on the Parties' Joint Motion and Memorandum of Law for Approval of Settlement Agreement (Doc. 23) filed on September 20, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection (Doc. 25) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 17, 2017 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Parties' Joint Motion and Memorandum of Law for Approval of Settlement Agreement (Doc. 23) is **GRANTED**.

3. The Court **FINDS** the Agreement (Doc. 23-1) to be a fair and reasonable settlement of Plaintiff's FLSA claim.

4. The case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 18, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties